AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Charles Joseph Hood<br><br>*Defendant(s)* | )<br>)<br>) Case No.  5:22mj00002<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 4, 2022  in the county of  Harrisonburg  in the
Western  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

s/ Robinson Blake
*Complainant's signature*

Robinson Blake, Special Agent
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.
Date:  1/24/22

*Judge's signature*

City and state:  Charlottesville, Virginia    Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> CHARLES JOSEPH HOOD ) <br> ) <br> ) | Case No. 5:22mj00002 |

**AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT**

I, Robinson N. Blake, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March 2009. I am currently assigned to the Richmond Division of the FBI, Charlottesville Resident Agency. I received formal training at the FBI Academy in Quantico, Virginia, on, among other things, the United States Constitution and conducting criminal investigations, to include writing and executing search and arrest warrants. My principal duties include the investigation of various criminal violations, including those related violent crimes such as bank robberies, violent criminal gangs, and illegal narcotics. In the course of my career with the FBI, I have been involved in the execution of numerous federal arrest warrants.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

1

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This affidavit is submitted in support of a criminal complaint and an arrest warrant charging **Charles Joseph Hood** with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

## PROBABLE CAUSE

4. On January 4, 2022, the Harrisonburg Police Department ("HPD") was notified the First Citizen Bank located at 320 University Boulevard, Harrisonburg, Virginia 22801, within the Western District of Virginia, had been robbed. Law enforcement officers from HPD responded to the bank, interviewed witnesses, and began a search of the area for the suspect.

5. HPD interviewed Victim One ("V-1"), one of the bank employees present during the robbery. V-1 provided the following information:

   a. On January 4, 2022, an unknown male ("UM") wearing a dark colored mask, sunglasses, and a dark colored hat, came into the bank inquiring about opeaing an account. After V-1 led UM into his office, UM provided V-1 with a green and red colored makeshift bag and a glove. UM instructed V-1 to put on the glove. UM also instructed V-1 to give UM money. UM displayed a dark colored handgun and pointed it at V-1.

   b. UM followed V-1 from V-1's office to behind the teller counters. At UM's direction, V-1, wearing the glove, took cash from both teller stations and placed the cash in the makeshift bag given to V-1 by UM. UM instructed V-1 to retrieve large bills only, not to provide dye packs, and not to trigger the bank's alarm

system. V-1 gave the bag filled with cash from the teller drawers to UM, then UM departed the bank.

6. HPD interviewed Victim Two ("V-2"), one of the bank employees present during the robbery. V-2 told HPD officers that V-2 observed UM leaving the area of the bank on a bicycle, heading in a southerly direction on University Boulevard.

7. At approximately 4:45 P.M., HPD located an unknown white male, later identified as CHARLES JOSEPH HOOD ("HOOD"), date of birth xx-xx-1959, who fit the description of UM, near the Home Depot store located at 121 Burgess Road, Harrisonburg, Virginia 22801. The Home Depot store is located less than a mile from First Citizen Bank. When HPD officers attempted to make contact with HOOD, he fled on foot from the officers. After a brief foot pursuit, HPD officers detained HOOD. HPD searched HOOD's person pursuant to his detention and located a large sack, red in color, hidden in his pants. The sack was found to contain approximately $15,606.00 in United States currency. Additionally, at the time of his arrest, HOOD was wearing a grey colored hooded garment.

8. HPD transported V-1 to the area of HOOD's arrest, where V-1 identified HOOD as UM, who robbed the bank. V-1 also identified the red sack found in HOOD's possession as the same sack HOOD provided to V-1 to fill with money.

9. HPD obtained video footage from First Citizen Bank during the time of the robbery. This footage showed UM wearing, a dark colored hat, a dark colored jacket, and dark colored pants entering the bank at 3:47:53 P.M. The footage also showed UM to be wearing a grey hooded garment underneath the jacket. The footage shows UM walking out of view to the left side of the bank lobby. The footage then showed UM walking back across the lobby of the

bank, from left to right, before disappearing out of view on the right side. A few seconds later, UM is seen walking back into view, following V-1 to the area behind the teller counters. The footage continues to show UM taking money from a bank teller while behind the counter. After spending approximately one minute behind the counter, the UM then exits the bank at approximately 3:50:27 P.M.

10. First Citizens Bank informed me that a total $15,908.00 in United States currency was stolen from the bank on January 4, 2022.

11. I am aware that First Citizens Bank was at all times insured by the Federal Deposit Insurance Corporation (FDIC).

## CONCLUSION

12. Based on the aforementioned, I submit there is probable cause to believe that, on or about January 4, 2021, in the Western District of Virginia, CHARLES JOSEPH HOOD, by force, violence, or intimidation, did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the First Citizens Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, 2113(a).

## OATH

The information in this affidavit is true to the best of my knowledge and belief.

                                    Respectfully submitted,
                                    *s/Robinson N. Blake*
                                    Robinson N. Blake, Special Agent
                                    Federal Bureau of Investigation

Received by reliable electronic means and sworn and attested to by telephone on this 24th day of January 2022.

_____
JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE

5