

**U.S. Department of Justice**

United States Marshals Service

Western District of Virginia

Roanoke, VA. 24009

**SUBJECT:   REQUEST TO HONOR LOCAL WRIT OF HABEAS CORPUS**

On 01/27/2022, our office received a writ, requesting inmate Charles Joseph Hood to appear in court for a pending state case. Pursuant to United States Marshals Service prisoner operations policy, I am requesting your permission to honor a local writ(s) of habeas corpus for the following prisoner(s) on your docket.

**Name of Defendant:** Charles Joseph Hood

**Requesting Jurisdiction:** Rockingham County

**Date of Appearance:**   01/31/2022

**Anticipated Return Date:** 01/31/2022

The United States Attorney's Office is aware of the above writ(s). The signature below indicates that they are not aware of any conflicts which would cause the USMS not to honor said writ.

Date: 1/28/22

SEAN WELSH
Digitally signed by SEAN WELSH
Date: 2022.01.28 10:53:15 -05'00'

Assistant U.S. Attorney

Please sign below to indicate your permission and return this letter for our records. Date: 1/28/22

U.S. Magistrate Judge

Judge