IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:22-CR-3 |
| v. | ) |
| | ) |
| CHARLES JOSEPH HOOD | ) |
| | ) |

**Motion to Dismiss**

The United States, by and through its counsel, hereby moves, pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss Count 2, charging brandishing a firearm during and in relation to a crime of violence, from the indictment in the above-captioned case as to defendant Charles Joseph Hood without prejudice. On March 23, 2022, a grand jury in the Western District of Virginia returned an indictment charging Charles Joseph Hood with armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a) & (d), and brandishing a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 924(c)(1)(A) & (c)(1)(C). Indictment, ECF No. 19. Rule 48(a) of the Federal Rules of Criminal Procedure states that "[t]he government may, with leave of court, dismiss an indictment." The United States requests leave of the Court to dismiss Count 2 of the indictment as to defendant Charles Joseph Hood.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

s/*Sean M. Welsh*
Sean M. Welsh
Assistant United States Attorney
VSB# 89660
United States Attorney's Office

255 West Main Street, Room 130
Charlottesville, Virginia 22902
TEL (434) 293-4283
Sean.Welsh@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendants.

*s/Sean M. Welsh*
Assistant United States Attorney
VSB# 89660

2