IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:22-CR-3 |
| v. | ) |
| | ) |
| CHARLES JOSEPH HOOD | ) |
| | ) |

**ORDER GRANTING MOTION TO DISMISS COUNT TWO AND AMENDING COUNT ONE OF THE INDICTMENT**

The motion to dismiss filed by the United States (Dkt. No. 38) is hereby GRANTED, and it is hereby ORDERED that count two of the indictment in the above-captioned case is DISMISSED without prejudice as to defendant Charles Joseph Hood.

It is FURTHER ORDERED that the indictment is amended to strike "that is a firearm" from count one, as agreed by the parties at the change of plea hearing on August 2, 2022.

Entered: August 3, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge